175 So.2d 109

Lee K. LEVY

v.

SOUTHERN BELL TELEPHONE AND
TELEGRAPH COMPANY.

No. 47727.

May 26, 1965.

In re: Lee K. Levy applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans.

Application not considered as it was not timely filed.

175 So.2d 109

Warren H. CULLY et al.

v.

CITY OF NEW ORLEANS.

No. 47748.

May 26, 1965.

In re: Warren H. Cully et al. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 173 So.2d 46.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

175 So.2d 109

Martin J. CAMPO, Jr.

v.

Dr. and Mrs. Joseph A. LaNASA.

No. 47759.

May 26, 1965.

In re: Dr. and Mrs. Joseph A. LaNasa applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 173 So.2d 365.

The application is denied. There appears no error of law in the judgment complained of.

175 So.2d 109

LESON CHEVROLET COMPANY, Inc.

v.

Percy J. BARBIER.

No. 47760.

May 26, 1965.

In re: Percy J. Barbier applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. Charles. 173 So.2d 50.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.